# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

**4-25CV-054-P**

James Lowe
Plaintiff

ND Supreme Court No. 20240189
CASE NUMBER

v.

Workforce Safety and Insurance
Defendant

JUDGE

## NOTICE OF APPEAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF T...
FILED
JAN 22 2025
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Notice is hereby given that ____James Lowe____
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

ND Supreme Court Judgement 12.05.24 and Petition for rehearing 12.25.24 denying coverage of my opiod medication
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on ____12.05.24 & 12.25.24____
(Date)

Date: 01.14.25

Attorney/Pro Se Litigant Signature: _JR Lowe_

Print Name: James Lowe
Address: 511 Rogers Rd
City, State, Zip: Newark, TX 76071
Telephone: 817-881-1008

email a.little1@hotmail.com

FROM: James Lowe
511 Rogers Rd
Newark TX 76071

TO: United States District Court
501 West 10th St Room 310
Fort Worth, TX 76102

Ship To:
STE 310
501 W 10TH ST
FORT WORTH TX 76102-3641

US POSTAGE PAID $10.45
Origin: 76071
01/17/25
4863050371-33

PRIORITY MAIL®
0 Lb 2.00 Oz
RDC 03
EXPECTED DELIVERY DAY: 01/21/25

USPS TRACKING #
9505 5116 3001 5017 1317 45

RECEIVED JAN 22 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS